(124 So. 922)

**H. J. JOHNSON v. STATE. (4 Div. 521.)**

Court of Appeals of Alabama. Nov. 12, 1929.

RICE, J. Appeal dismissed.

(123 So. 925)

**Isaac JOHNSON v. STATE. (8 Div. 874.)**

Court of Appeals of Alabama. June 25, 1929.

Almon & Almon, of Decatur, for appellant. Charlie C. McCall, Atty. Gen., for the State.

RICE, J. Affirmed.

(125 So. 922)

**Jack JOHNSON v. STATE. (1 Div. 853.)**

Court of Appeals of Alabama. Nov. 26, 1929.

Rehearing Denied Jan. 7, 1930.

C. L. Hybart, of Monroeville, for appellant. Charlie C. McCall, Atty. Gen., for the State.

RICE, J. Affirmed.

(125 So. 923)

**Walter JOHNSON v. STATE. (6 Div. 594.)**

Court of Appeals of Alabama. Dec. 10, 1929.

RICE, J. Affirmed.

(125 So. 923)

**William JOHNSON v. STATE. (7 Div. 619.)**

Court of Appeals of Alabama. Jan. 21, 1930.

RICE, J. Affirmed.

(125 So. 922)

**W. D. (alias Jack) JOHNSON v. STATE. (1 Div. 883.)**

Court of Appeals of Alabama. Nov. 28, 1929.

Rehearing Denied Jan. 7, 1930.

RICE, J. Affirmed.

(125 So. 922)

**W. D. (alias Jack) JOHNSON v. STATE. (1 Div. 854.)**

Court of Appeals of Alabama. Dec. 17, 1929.

Rehearing Denied Jan. 7, 1930.

BRICKEN, P. J. This appellant, defendant below, was tried and convicted for violating the prohibition law by having whisky in his possession.

A question of fact only is presented by the record, as neither of the exceptions reserved pending the trial was well taken. No error appears in any ruling of the court. There was sufficient evidence to warrant the jury in returning its verdict of guilty.

There being no reversible error in this case, the judgment of conviction from which this appeal was taken will stand affirmed.

Affirmed.

(128 So. 918)

**J. K. JOHNSON, etc., v. M. A. TRAVIS et al. 1 Div. 916.**

Court of Appeals of Alabama. May 27, 1930.

J. W. Wallace, of Mobile, for appellant.
Taylor & Taylor, of Mobile, for appellees.

BRICKEN, P. J.
Affirmed.